No. 933. EASTERDAY ET AL. *v.* UNITED STATES. May 31, 1932. Petition for writ of certiorari to the Circuit Court

of Appeals for the Second Circuit denied. *Mr. W. W. Easterday* for petitioners. *Solicitor General Thacher,* and *Messrs. Paul D. Miller* and *Wm. H. Riley, Jr.,* for the United States.